GEORGE C. HUBSCHMIDT, RELATOR, v. HUBBARD FER-
GUSON, RESPONDENT.

Decided April 11, 1925.

**Municipalities—Officers—Chief of Fire Department Alleged Il-
legal Removal—Home Rule Act, Sec. 24 of Art. 37, Cited
by Relator to Sustain His Contention Does Not Seem to
Have That Effect.**

On *quo warranto.* On demurrer to plea.

For the relator, *Charles J. McCarthy.*

For the respondent, *Howard Mackay.*

Memorandum by Mr. Justice Parker for information of
counsel.

Relator claims to have been illegally ousted from the office
of chief of the fire department of the borough of Glen Rock,
in the county of Bergen. The matter has been submitted to
me as a single justice by consent.

Respondent was appointed to succeed and supersede relator
by virtue of an alleged ordinance said to have been passed
September 22d, 1924, and a copy of which is recited in the
information to be annexed thereto as schedule "A."

The claim of relator is twofold—(1) that the ordinance of
September 22d, 1924, calls for the incurring of indebtedness,
and under section 24 of article 37 of the "Home Rule act"
(*Pamph. L.* 1917, *p.* 461), and in view of a protest by tax-
payers under that section, the ordinance was inoperative until
validated by a referendum election; (2) that the ordinance
attempts to authorize the fixing of salaries by resolution in
violation of section 1 of article 13. *Id.* 350.

Assuming for present purposes that the contest is over an
office and not over a "position," and assuming that, as re-
spects the second branch of the attack, *quo warranto* and not

*certiorari* is the proper remedy, I fail to find, on a repeated careful reading of schedule "A," that it contains one word either about incurring any indebtedness or making any expenditure, or provides for any salary in any manner whatever.

On the present record, therefore, defendant must prevail on the demurrer.